IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03137-CMA-MEH

ALCIN MALVEAUX

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 6, 2015.**

    Plaintiff's Unopposed Motion to Correct Name of Defendant [filed December 23, 2014; docket #10] is **granted**. The Clerk of the Court is directed to correct the name of the Defendant in the caption of this case, as set forth above.

    Plaintiff's Unopposed Motion for Additional Time to Complete Service [filed December 24, 2014; docket #11] is **granted**. The Plaintiff shall serve the Defendant pursuant to Fed. R. Civ. P. 4 on or before January 15, 2015.