IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03137-CMA-MEH

ALCIN MALVEAUX

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2015.**

    The Stipulated Motion for Entry of Protective Order [filed April 16, 2015; docket #42] is **granted**. The parties' Stipulated Protective Order is accepted and filed contemporaneously with this Minute Order.