IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03137-CMA-MEH

ALCIN MALVEAUX

      Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 26, 2015.**

      Defendant's Unopposed Motion to Modify the Scheduling Order for Extension of Rebuttal Expert Witness Disclosure Deadline [filed August 24, 2015; docket #46] is **denied without prejudice**. While Defendant has provided good cause for the extension, the request to extend disclosures "to 30 days after the latest deposition of Plaintiff's experts" lacks specificity to a determined date. As the Scheduling Order presents a date certain for expert witness disclosure (*see* docket #25), proposed deadlines must also provide a date certain.