IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03137-CMA-MEH

ALCIN MALVEAUX

      Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 1, 2015.**

      Plaintiff's Unopposed Motion to Modify the Scheduling Order to Extend the Deadline for Plaintiff to Depose an Employee of the Defendant [filed November 30, 2015; docket #56] is **denied without prejudice**. While Plaintiff has provided good cause for the extension, the request to extend discovery to allow for the outstanding deposition of a witness currently on disability leave "to up to three weeks before trial" lacks specificity to a determined date. As the Scheduling Order presents dates certain, proposed deadlines must also provide a date certain.