IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03137-CMA-MEH

ALCIN MALVEAUX

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 24, 2016.**

    Plaintiff's Renewed [Unopposed] Motion to Modify the Scheduling Order to Extend the Deadline for Plaintiff to Depose an Employee of the Defendant [filed February 23, 2016; docket #72] is **granted**. Paragraph 9 of the Scheduling Order [*see* docket #25] shall be modified to extend the discovery deadline to **March 31, 2016**, solely to allow Plaintiff to depose "an employee of Defendant who is currently on disability leave" [Motion, docket #72 at 2]. In addition, Defendant is **ordered** to inform Plaintiff if this witness returns to work and, if so, to allow that witness's deposition to be taken before the discovery deadline.